*Tuesday, February 18, 1997*

## MOTION DOCKET

**96–452. State v. Davie.**
Trumbull App. No. 92–T–4693. This cause is pending before the court as an appeal from the Court of Appeals for Trumbull County. Upon consideration of appellant's motion to remove portion of record in order to duplicate exhibits and motion to produce/transmit record,

IT IS ORDERED by the court that the motions be, and hereby are, denied, effective February 17, 1997.

DOUGLAS, J., dissents.

PFEIFER, J., not participating.